IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 3:11cr183-WHA |
| SHERRY WHATLEY | ) | |

## **ORDER**

This case is before the court on the Unopposed Motion to Continue Trial (Doc. #18), filed by the Defendant on December 13, 2011.

For the reason that the Defendant is in need of additional time to explore the possibility of pretrial diversion or a guilty plea, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that trial of this case is CONTINUED from the term of court commencing January 9, 2012, to the term of court commencing March 19, 2012 in Opelika, Alabama.

DONE this 14th day of December, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE